LITTLE CARNEGIE REALTY CORPORATION, Appellant, *v.* DELMONICO MOVIENEWS THEATRE, INC., Tenant; FIRST RUN FILMS, INC., Tenant, Respondent, et al., Undertenants.

Argued April 22, 1948; decided July 16, 1948.

*Samuel Seabury, George Trosk, Floyd W. Tomkins, Jr.,* and *Leon Savage* for appellant.

*Louis Nizer* and *Walter S. Beck* for respondent.

Order affirmed, with costs; no opinion. [See 298 N. Y. 635.]

Concur: LOUGHRAN, Ch. J., CONWAY, DESMOND and FULD, JJ. LEWIS, THACHER and DYE, JJ., dissent on the ground that under the terms of the lease the landlord was entitled to terminate the leasehold.